UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

V.

CRIM NO.: 04-126 (JLL)

JAMES CAMPBELL,
        Defendant.

ORDER MODIFYING
TRAVEL RESTRICTIONS

The Defendant, James Campbell, having been sentenced to a period of probation and restitution after pleading guilty to conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 371, on application of the Defendant's attorney, Paul P. Martin, without opposition by the Government, requesting a Order to modify the travel restrictions set by the United States Department of Probation and for good cause shown,

It is on this ___15th___ day of ___August___, 2008,

ORDERED, that the Defendant, James Campbell, with notice to the United States Department of Probation, may travel within the continental United States of America.

SO ORDERED:

_____