UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

V.

CRIM NO.: 04-126 (JLL)

JAMES CAMPBELL,
          Defendant.

ORDER AUTHORIZING
RELEASE OF PASSPORT

      The Defendant, James Campbell, having been sentenced to a period of probation and restitution after pleading guilty to conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 371, on application of the Defendant's attorney, Paul P. Martin, without opposition by the Government, requesting an Order to Release the Passport currently in the possession of Pre-trial Services in Eastern District New York.

      It is on this __14th__ day of __July__, 2009,

      ORDERED, that the Defendant, James Campbell, with notice to the United States Department of Probation, may retrieve his United States Passport from Pre-trial Services in Eastern District New York.

SO ORDERED:

_[signature]_